FILED
MAR 31 1992
CHARLES W. VAGNER, Clerk
By ⊍⊍                Deputy

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

WACO DIVISION

UNITED STATES OF AMERICA,      )  CRIMINAL No. W-90-CR-104
                               )
        Respondent             )
                               )
v.                             )
                               )
JON HAROLD ROYAL               )
                               )
        Petitioners.           )

## GOVERNMENT'S MOTION TO DISMISS ORIGINAL INDICTMENT

Comes now the United States of America, by its attorney, and moves the Court to dismiss the Original Indictment filed in the case at bar against this defendant, and would note for the Court that this defendant was convicted of offenses contained in the Superseding Indictment and that the Clerk of Court needs to have the remaining Indictment dismissed to close her files.

WHEREFORE, premises considered, the Government prays the Court dismiss the Original Indictment against this defendant.

Respectfully submitted,

RONALD F. EDERER
United States Attorney

By: _Steven Snyder_
STEVEN L. SNYDER
Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing government's Motion to Dismiss Original Indictment was mailed to the following this 30th day of March, 1992.

Joseph M. Layman
Attorney at Law
100 North Sixth Street
Suite 604
Waco, Texas  76701

By: /s/ Steven L. Snyder
STEVEN L. SNYDER
Assistant United States Attorney
727 E. Durango Blvd., A601
San Antonio, Texas  78206
TEL:  FTS 730-6500
COMM: 512/229-6500

2